# Court of Appeals
## Tenth Appellate District of Texas

10-25-00067-CR

Quincy Willis,
Appellant

v.

The State of Texas,
Appellee

On appeal from the
87th District Court of Freestone County, Texas
Judge Amy Thomas Ward, presiding
Trial Court Cause No. 23-140CR

JUSTICE HARRIS delivered the opinion of the Court.

## MEMORANDUM OPINION

Quincy Willis was placed on deferred adjudication community supervision pursuant to a guilty plea in a judgment rendered and signed on January 10, 2025. The Trial Court's Certification of Defendant's Right to Appeal, signed by Willis, indicates that this proceeding was a plea-bargain case and Willis has no right to appeal and that Willis waived the right to appeal.

Willis filed a *pro se* notice of appeal on February 24, 2025, but did not file a motion to extend the time to file a notice of appeal.

This Court informed Willis by letter from the Clerk dated March 17, 2025 that it appears that the notice of appeal was untimely and that the trial court's certification indicated that Willis does not have the right to appeal. The Clerk further informed Willis that the appeal would be dismissed unless a response was filed showing grounds to continue the appeal no later than March 28, 2025.

Willis did not respond to the Clerk's letter. We find that the notice of appeal was not timely, and that Willis did not have the right to appeal the trial court's judgment. Therefore, this appeal is dismissed for want of jurisdiction. *See* TEX. R. APP. P. 25.2(d); 26.2.

LEE HARRIS
Justice

OPINION DELIVERED and FILED: April 3, 2025

Before Chief Justice Johnson,
    Justice Smith, and
    Justice Harris
Appeal dismissed
Do not publish
CR25

